# JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lauren Alyssa Tojin,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Mercedes Benz USA LLC., et al,<br><br>　　　　Defendants. | Case No. CV 24-10577-JLS(PVCx)<br><br>ORDER STAYING ACTION PENDING FINAL SETTLEMENT, REMOVING CASE FROM ACTIVE CASELOAD, AND FILING OF DISMISSAL |

　　On November 6, 2025, a Jointly Submitted Notice of Settlement was filed by Plaintiff [17], indicating that the case has fully settled. Based thereon, the Court hereby orders all proceedings in the case stayed and that this action is removed from the Court's active caseload. The case will not be reopened absent a written showing of good cause.

　　The parties shall file a Stipulation of Dismissal no later than February 6, 2026 (the "Dismissal Date").  If no dismissal is filed, the Court deems the matter dismissed at that time.

　　Until the Dismissal Date, the Court retains full jurisdiction over this action.  Any outstanding Orders to Show Cause are discharged. All pending dates are terminated.

IT IS SO ORDERED.

DATED: November 07, 2025

JOSEPHINE L. STATON
_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE